UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEBRA J. RIBONI,

         Plaintiff,         CIV. S-05-0700 GEB PAN

    v.

JO ANNE B. BARNHART,         ORDER TO SHOW CAUSE
Commissioner of Social
Security,

         Defendant.

-o0o-

On April 11, 2005, plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits.  The scheduling order filed April 11, 2005, required plaintiff file and serve a motion for judgment within 60 days after service of defendant's answer.  Defendant served and filed an answer on August 10, 2005, but plaintiff has failed to file a motion for judgment.

Within 11 days from the date of this order, plaintiff shall show cause in writing why this action should not be dismissed.

Dated:  November 21, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge