UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEBRA J. RIBONI,

        Plaintiff,        CIV. S-05-0700 GEB PAN

    v.

JO ANNE B. BARNHART,        Findings and Recommendation
Commissioner of Social
Security,

        Defendant.

-o0o-

On April 11, 2005, plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits. The scheduling order filed April 11, 2005, required plaintiff file and serve a motion for judgment within 60 days after service of defendant's answer. Defendant served and filed an answer on August 10, 2005. No motion having been filed by plaintiff, an order to show cause was issued on November 22, 2005. Plaintiff

has failed to file a motion or otherwise respond to the court's orders.  Good cause appearing therefor, I recommend that this action be dismissed.

Dated: January 9, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge