IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA J. RIBONI,

        Plaintiff,                     2:05-cv-0700-GEB-PAN(JFM)

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                                           ORDER

        Defendant.
_____/

    This matter was referred to the assigned Magistrate Judge pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On January 11, 2006, Judge Nowinski filed findings and recommendation which were served on all parties and objections were to be filed within ten days after service. Neither party has filed objections to the findings and recommendation.

    The court has reviewed the file and finds the findings and recommendation to be supported by the record and by the

1

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendation filed January 11, 2006, are adopted in full; and

    2.  This action is dismissed.

Dated:  June 2, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2